UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROETTGEN,<br><br>                            Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>                            Defendants. | Case No.:   21cv1285-JO(BLM)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUESTS REGARDING PLAINTIFF'S MOTION TO COMPEL**<br><br>**[ECF 27]** |

On May 20, 2022, Plaintiff filed a motion to compel further responses to numerous discovery requests. ECF No. 27. In accordance with the Court's scheduling order, Defendants filed an opposition to Plaintiff's motion on June 7, 2022. ECF No. 29. Defendants argue that Plaintiff's motion should be denied on the grounds that it is untimely. Id. at 4-6. Alternatively, Defendants seek additional time to confer with Plaintiff regarding the discovery disputes. Id. at 6-9.

The Court **DENIES** Defendants' request that Plaintiff's motion to compel be denied because it is untimely. While it appears that the motion was filed after the deadline authorized by the Court's scheduling order and Civil Chambers Rules, there also appear to be factual disputes that could affect the calculation of the applicable deadline. Because the Court must interpret pro se pleadings liberally, the Court declines to require Plaintiff to provide additional justification for the timing of his motion and declines to deny the motion on this basis.

      The Court **GRANTS** Defendants' request for additional time to meet and confer with Plaintiff regarding the identified discovery disputes. Defense counsel states that she "did not receive the meet-and-confer letter attached to Plaintiff's motion, or any communication from Plaintiff indicating the existence of a discovery dispute in this case." Id. at 7; see also Declaration of Anne M. Kammer, ECF No. 29-1, at 3. The meet-and-confer process is a critical part of discovery and required by the Court's scheduling order and Civil Chambers Rules. Accordingly, the Court will provide the parties with additional time to engage in the meet-and-confer process. Defense counsel must initiate the meet-and-confer process by arranging a telephonic conference with Plaintiff on or before **June 24, 2022**. On or before **July 15, 2022**, the parties must file a joint statement informing the Court of which discovery disputes have been resolved and which disputes remain at issue. If Plaintiff wants to file a supplemental motion to compel addressing any discovery issues that remain in dispute, he must do so by **July 29, 2022**. Defendant's supplemental opposition is due by **August 19, 2022**.

      Upon completion of briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d) and **no personal appearances will be required**. The parties are reminded that all deadlines will remain as previously set. See ECF No. 18.

      **IT IS SO ORDERED**.

Dated: 6/10/2022

                                                  Hon. Barbara L. Major
                                                  United States Magistrate Judge