UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROETTGEN,<br><br>                              Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>                          Defendants. | Case No.:   21cv1285-JO(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT, SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL, AND RECOMMENDING DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT BE DENIED AS MOOT**<br><br>**[ECF No. 38]** |

      A videoconference Mandatory Settlement Conference was held on October 19, 2022, during which the case settled. ECF No. 43. Because the case has settled, all pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

      In light of the settlement, this Court **RECOMMENDS** that Defendants' pending motion for summary judgment [ECF No. 38] be **DENIED AS MOOT**.

      The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **May 3, 2023**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District

day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **May 3, 2023**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **May 11, 2023**, at **9:30 a.m.** in **Courtroom 3D**.  If Plaintiff is incarcerated in a penal institution or other facility at the time of the Settlement Disposition Conference, his presence is not required, and he may appear telephonically.  In that case, Defense counsel is to coordinate Plaintiff's appearance by telephone.  Defense counsel must also provide the Court with a number where Plaintiff can be reached or inform the Court if, due to the requirements of the facility where he is incarcerated, Plaintiff must call the Court.  Counsel must email the Court at efile_major@casd.uscourts.gov no later than **May 5, 2023**, to provide the preferred phone number for the Settlement Disposition Conference and any other necessary call-in information.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  10/19/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.